UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEVIN ROBERTS, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | 1:09-cv-00162-LJM-TAB |
| ) | | |
| CSX TRANSPORTATION, INC., ) | | |
| Defendant. ) | | |

## ORDER ON PLAINTIFF'S REQUESTS FOR RULING ON DEPOSITION OBJECTIONS

This matter is before the Court on plaintiff's, Kevin Roberts ("Roberts"), Requests for Ruling on Deposition Objections (Dkt. Nos. 126-128). The Court notes Roberts' withdrawal of certain objections. The Court rules as follows.

1. Defendant's, CSX Transportation, Inc. ("CSX"), objection to the deposition testimony of Scott Hagadorn, M.D. ("Dr. Hagadorn") regarding his knowledge of Dr. Hornback's findings is **OVERRULED**. Hagadorn Dep. at 22:9-23.

2. CSX's objections to Dr. Hagadorn's deposition testimony on the basis that Roberts allegedly failed to comply with Rule 26 of the Federal Rules of Civil Procedure are **OVERRULED**. Hagadorn Dep. at 29:11-30:2; *id.* at 30:14-23.

3. CSX's objection to the deposition testimony of Larry Russell, D.C. ("Dr. Russell") on the basis that Roberts allegedly failed to comply with Rule 26 of the Federal Rules of Civil Procedure is **OVERRULED**. Russell Dep. at 20:10-20.

4. Roberts' objections to questions asked and answered regarding Dr. Russell's knowledge of any income that Roberts received from CSX during the period of time that Roberts was not working are **OVERRULED**. Russell Dep. at 31:25-32:18.

5. CSX's objections to the testimony of Barry A. Mathison, M.D. ("Dr. Mathison") are **OVERRULED**. Mathison Dep. at 13:9-18; *id.* at 14:6-12.

6. CSX's objections to Dr. Mathison's testimony regarding his knowledge of Dr. Hornback's and Dr. Hagadorn's findings are **OVERRULED**. Mathison Dep. at 17:24-18:4; *id.* at 22:4-5; *id.* at 29:13-16.

7. CSX's objection to Dr. Mathison's testimony on the basis that Roberts allegedly failed to comply with Rule 26 of the Federal Rules of Civil Procedure is **OVERRULED**. Mathison Dep. at 48:8-16.

IT IS SO ORDERED this 20th day of August, 2010.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Harold Abrahamson
ABRAHAMSON REED & BILSE
aralawfirm@aol.com

George T. Brugess
HOEY & FARINA P.C.
gbrugess@hoeyfarina.com

Frank Van Bree
HOEY & FARINA P.C.
fvanbree@hoeyfarina.com