UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEVIN ROBERTS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-00162-LJM-TAB |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION FOR JUDGMENT OR, IN THE ALTERNATIVE, FOR NEW TRIAL OR REMITTITUR

This matter comes before the Court on defendant's, CSX Transportation, Inc. ("CSX"), Motion for Judgment or, in the Alternative, for New Trial or Remittitur, pursuant to Federal Rule of Civil Procedure 59 (Dkt. No. 162). In support of its Motion, CSX argues that there was no evidence at trial that its driver, Vernon Perry ("Perry"), negligently operated the CSX truck that collided with the van in which plaintiff, Kevin Roberts, was a passenger. In addition, CSX argues that the Court erred when instructing the jury pursuant to Instruction 21 and, as a result, CSX was prejudiced. Lastly, CSX argues that the compensatory damages awarded by the jury were both excessive and unsupported by sufficient evidence.

The Court disagrees with CSX that there was no evidence that Perry negligently operated the CSX truck in question. The Court also disagrees that it erred in giving Instruction 21 to the jury or that CSX was prejudiced by that Instruction. Lastly, the Court

disagrees that the verdict was excessive or unsupported by the evidence.  Accordingly, CSX's Motion for Judgment or, in the Alternative, for New Trial or Remmittitur is **DENIED**.[1]

IT IS SO ORDERED this 2nd day of November, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Harold Abrahamson
ABRAHAMSON REED & BILSE
aralawfirm@aol.com

George T. Brugess
HOEY & FARINA P.C.
gbrugess@hoeyfarina.com

Frank Van Bree
HOEY FARINA
fvanbree@hoeyfarina.com

---

[1] In addition, after an examination of the arguments contained in the parties' briefs, the Court concludes that oral argument is unnecessary.  Therefore, CSX's Motion for Oral Argument (Dkt. No. 164) is **DENIED**.